```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA       :      Crim. No. 10-389 (MLC)
                                      Hon. Mary L. Cooper
          vs.                  :

NAQUAN GREEN                   :      DETENTION ORDER
```

       This matter having been opened to the Court on motion of the United States, by Paul J. Fishman, United States Attorney for the District of New Jersey (John J. Hoffman, Assistant United States Attorney, appearing on behalf of the United States before the Court on July 13, 2010), in the presence of Lisa Van Hoeck, Esq., attorney for defendant Naquan Green, for an order pursuant to Title 18, United States Code, Section 3142(e) detaining defendant Green without bail pending trial in the above-entitled matter; the Government's Motion for Pre-trial detention being unopposed and defendant Green making no application for bail and consenting to Pre-trial detention by and through his counsel, without prejudice to presenting an application for bail at a later date, the Court makes the following findings:

       1.    On June 10, 2010, Mr. Green was indicted with knowingly possessing in and affecting commerce a firearm, namely a Smith & Wesson .38 caliber revolver, serial number D857251, having been convicted of a crime punishable by imprisonment for a term exceeding one year in a court in the State of New Jersey, in violation of Title 18, United States Code sections 922(g).

2. Having considered the factors set forth in Title 18, United States Code, Section 3142(g), the Court finds that no condition or combination of conditions will reasonably assure the appearance of defendant Green as required.

3. Having considered the factors set forth in Title 18, United States Code, Section 3142(g), the Court further finds that no condition or combination of conditions will reasonably assure the safety of the community.

IT IS, therefore, on this 14th day of July, 2010,

ORDERED, pursuant to Title 18, United States Code, Section 3142, that defendant Green be committed to the custody of the Attorney General or his authorized representative pending trial; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that defendant Green be confined in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that defendant Green be afforded reasonable opportunity for private consultations with counsel; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that, upon order of this or any other court of the

United States of competent jurisdiction or on request of an attorney for the United States, defendant Green shall be delivered to a United States Marshal for the purpose of appearances in connection with court proceedings; and it is further

ORDERED that the motion of the United States for an order detaining defendant Green pending trial is hereby GRANTED, and defendant Green is hereby ordered detained pending trial in the above-entitled matter; and it is further

ORDERED, notwithstanding the foregoing, that defendant Green may, with notice to the attorney for the United States and the United States Pretrial Services Office, present a bail application to the Court at a later date.

s/Mary L. Cooper
HONORABLE MARY L. COOPER
United States District Court Judge
